```
STEPHEN L. ANDERSON  (CBN 150860)
ANDERSON LAW
41923 Second Street, Suite 201
Temecula, California 92590
Tel. (951) 296-1700
Fax (951) 296-0614
e-mail: attorneys@brandxperts.com

Attorneys for Defendant
MIGUEL FLORES
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UPPER DECK COMPANY,<br>A Nevada corporation,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MIGUEL FLORES, an individual,<br>and DOES 1-100, inclusive,<br><br>　　　　　　　　Defendants. | Case No: 3:21-cv-001182-GPC-KSC<br><br>Hon. Gonzalo P. Curiel<br><br>NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT<br><br>Hearing Date: October 29, 2021<br>Time: 1:30 p.m.<br>Courtroom: 2D |

TO THE COURT AND TO PLAINTIFF AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on October 29, 2021, at 1:30 p.m., in Courtroom 2D of the James M. Carter and Judith N. Keep United States Courthouse, located at 333 West Broadway, San Diego, California 92101, and before the Honorable Gonzalo P. Curiel, Defendant Miguel Flores, ("Flores") will, and hereby does, move the Court to dismiss the Complaint by The Upper Deck Company ("Upper Deck") pursuant to the Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted.

This motion is based on this Notice of Motion and Motion, and the accompanying Memorandum of Points and Authorities, all pleadings and papers on file in this action, and

1  such further argument and matters as may be offered at the time of the hearing of this Motion.

2  DATED:  August 10, 2021           by: /StephenL Anderson/
3                                             STEPHEN L. ANDERSON
                                           Attorney for Defendant
4                                             MIGUEL FLORES