**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Shaun Markley (SBN 291785)
Ethan T. Litney (SBN 295603)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: smarkley@nicholaslaw.org
Email: elitney@nicholaslaw.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UPPER DECK COMPANY, a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MIGUEL FLORES, an individual, and DOES 1-100, inclusive,<br><br>　　　　　Defendant. | Case No.: 3:21-cv-01182-GPC-KSC<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO VACATE AND SET ASIDE DEFAULT**<br><br>**Date**: October 29, 2021<br>**Time**: 1:30 p.m.<br>**Courtroom**: 2D<br><br>**Judge**: Hon. Gonzalo P. Curiel<br>**Magistrate**: Hon. Karen S. Crawford<br><br>**Removal Date**: June 28, 2021 |

Under Federal Rule of Evidence 201(b), a district court may take notice of facts not subject to reasonable dispute that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b); *see also Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (noting that the court may take judicial notice of undisputed matters of public record), overruled on other grounds by *Galbraith v. County of Santa Clara*, 307 F.3d 1119, 1125-26 (9th Cir. 2002).

Plaintiff respectfully request that this Court take judicial notice pursuant to Federal Rule of Evidence Rule 201(b)(1) and (2), of the following document(s) attached as Exhibit(s) A-E to this Request for Judicial Notice, and

| Ex. | Item |
|---|---|
| A | California State Bar Court Case No. 00-C-10316 (In re Stephen Lee Anderson on Discipline). |
| B | Docket Report for C.D. Cal. Case No. 2:93-CV-04275 from PACER |
| C | Docket Report for S.D. Cal. Case No. 3:03-CV-00958 from PACER |
| D | *Ewing v. McCarthy*, S.D. Cal. Case No. 3:17-cv-01554 (Curiel, J.), Dkt. No. 33 – Motion to Set Aside Default. |
| E | *Ewing v. McCarthy*, S.D. Cal. Case No. 3:17-cv-01554 (Curiel, J.), Dkt. No. 34 – Order Granting Motion to Set Aside Default. |

Exhibit A is a record of the California State Bar Court. California State Bar Court records are proper subjects of judicial notice. *See Rosales-Martinez v. Palmer,* 753 F.3d 890, 894 (9th Cir. 2014) ("It is well established that we may take judicial notice of judicial proceedings in other courts."). Attorney Ethan Litney obtained this record from the California State Bar Attorney Directory, where it remains available at: http://members.calbar.ca.gov/fal/Licensee/Detail/150860.

Exhibits B-D are records of the Central District of California and the Southern District of California and are proper subjects of judicial notice. *See Mir v. Little Co. of Mary Hosp.*, 844 F.2d 646, 649 (9th Cir. 1988) (A court may take judicial notice of matters of public record including court records in other actions). Attorney Ethan

1  Litney obtained these records from the PACER Public Access to Court Electronic
2  Records system, available at pacer.uscourts.gov.

4  DATED: September 17, 2021   **NICHOLAS & TOMASEVIC, LLP**

   By:   */s/ Ethan T. Litney*
         Craig M. Nicholas (SBN 178444)
         Shaun Markley (SBN 291785)
         Ethan T. Litney (SBN 295603)
         225 Broadway, 19th Floor
         San Diego, California 92101
         Tel: (619) 325-0492
         Fax: (619) 325-0496
         Email: cnicholas@nicholaslaw.org
         Email: smarkley@nicholaslaw.org
         Email: elitney@nicholaslaw.org

         Attorneys for Plaintiff