**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Shaun Markley (SBN 291785)
Ethan T. Litney (SBN 295603)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: smarkley@nicholaslaw.org
Email: elitney@nicholaslaw.org

Attorneys for Plaintiff,
THE UPPER DECK COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THE UPPER DECK COMPANY, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL FLORES, an individual, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:21-cv-01182-GPC-KSC<br><br>**DECLARATION OF LACEY GRIBBLE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO SET ASIDE DEFAULT**<br><br>**Judge**: Hon. Gonzalo P. Curiel<br>**Magistrate**: Hon. Karen S. Crawford<br><br>**Case Removed**: June 28, 2021<br>**Trial Date**: None Set |
|---|---|

I, Lacey Gribble, declare:

1. I am the office administrator for the law firm of Nicholas & Tomasevic, LLP ("N&T"), counsel of record for Plaintiff The Upper Deck Company in this matter. I am familiar with the facts of this declaration and if called upon as a witness I could testify to the following facts based on my own personal knowledge. I make this declaration in support of Plaintiff's Opposition to Defendant's Motion to Set Aside Default.

2. At approximately 1:00 p.m. on September 14, 2021, I received a call from attorney Stephen Anderson, counsel for Miguel Flores ("Defendant") in this matter. During my call with Mr. Anderson, he yelled at me and demanded that put Ethan Litney on the phone. I told him that he would have to email Mr. Litney. Shortly after this call, I emailed Mr. Litney and informed him that I was not sure if Mr. Anderson would email back, and I characterized the call between Mr. Anderson and myself as "[Mr. Anderson] blew up on the phone." I later learned that Mr. Anderson denied raising his voice to me in an email to Ethan Litney, attached to this declaration as **Exhibit A**. Mr. Anderson's representations in **Exhibit A** are untrue.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 17, 2021 in San Diego, California.

By: *(signature)*
Lacey Gribble
Declarant

---

# EXHIBIT A

**From:** attorneys@brandxperts.com <attorneys@brandxperts.com>
**Sent:** Tuesday, September 14, 2021 1:32 PM
**To:** Ethan Litney <ELitney@nicholaslaw.org>
**Subject:** RE: The Upper Deck Company v. Miguel Flores | Subpoena

[External Email]

MORE SELF SERVING BS
I DID NOT RAISE MY VOICE TO YOUR STAFF

YOU HACK!


Stephen L. Anderson
Anderson Law
WE PROTECT IMAGINATION®

Offices in Temecula, California --- WEBSITES EVERYWHERE!
email: attorneys@brandXperts.com

Anderson Law
41923 Second Street, Suite 201
Temecula, California 92590 U.S.A.
+(951) 296-1700 tel.



®
VISIT OUR VIRTUAL VILLAGE:
https://link.edgepilot.com/s/09afa39d/762JbvFuHEykU8dyNI1F1g?u=http://www.brandxperts.com/   TRADEMARKS
https://link.edgepilot.com/s/4242f699/DqNR7nIrSk_WlUnWBCARAA?u=http://www.copyrightpros.com/   COPYRIGHTS
https://link.edgepilot.com/s/459762af/uxjySb_J0kmlPyM0MTjrIQ?u=http://www.namesavers.net/   DOMAIN NAMES

https://link.edgepilot.com/s/70eb1a03/PysMzFUC1UemovE1Bh-8ng?u=http://www.mybrandsonline.com/   REGISTER NOW!

https://link.edgepilot.com/s/7917dec1/1QTNY9wuDkK46fWG-RQecA?u=http://www.weprotectimagination.com/   IP SOLUTIONS

On September 14, 2021 1:18 PM Ethan Litney <elitney@nicholaslaw.org> wrote:

Hi Stephen,

I just learned that you called our office. Please send your meet and confer correspondence via email and I will promptly consider it given the imminent deadline to comply with Plaintiff's subpoena.

Also, while I can appreciate that there is disagreement between counsel regarding this case, I will have to insist that you refrain from yelling at my staff in the future, particularly as this is not the first time I've been informed of such behavior.

Thanks,

Ethan

From: Ethan Litney
Sent: Monday, September 13, 2021 6:14 PM
To: attorneys@brandxperts.com
Cc: Craig Nicholas <CNicholas@nicholaslaw.org>; Shaun Markley <SMarkley@nicholaslaw.org>; Emilia Carrillo <ECarrillo@nicholaslaw.org>; Valerie Garcia <vgarcia@NicholasLaw.org>
Subject: RE: The Upper Deck Company v. Miguel Flores | Subpoena

Hi Stephen,

Please see a further response to your meet and confer letter below (excerpts from your letter in full bold). For clarity, many issues mentioned two weeks ago are reiterated: