**DECLARATION OF STEPHEN L. ANDERSON IN REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO SET ASIDE DEFAULT**

I, Stephen L. Anderson hereby declare and attest as follows:

1. All statements contained in my prior declaration of August 11, 2021, filed in support of Plaintiff's Opposition to Defendants' Motion to Vacate the Clerks Entry of Default against Defendant Miguel Flores was true and correct. I apologize for the oversight in failing to physically sign such declaration.

2. I have attached the certificate of death for my mother, "Shelly Balloon" who we lost in San Diego, on June 5, 2021. As indicated previously, I was unprepared for the emotional turmoil that this would cause.

3. To this day, I remain closely under physician's care and am taking several prescription medications for a cranio-facial (ear and eye) infection and also for another infection on my right buttocks which I described earlier. I have been referred to two specialists and remain under medication for severed IBD and gastrointestinal disease.

4. Although I was embarrassed to say so, on June 11, 2021, my youngest child underwent sex-change surgery in Tucson Arizona. For nearly a week, my wife was away traveling for my child's care while I took on several additional duties, visited several Doctors, and fell into a bout of depression.

5. I do not understand why Plaintiff's counsel has engaged in such aggressive litigation tactics in this relatively *de minimus* case. Since the underlying Motion to Set Aside was served, he unlawfully served an overbroad and highly objectionable subpoena which he improperly persisted with and even improperly referred to in his client's Opposition brief, he has made vitriolic personal attacks on the undersigned and has even dredged up and filed with this Court, highly scandalous, impertinent, immaterial and PLAINLY INADMISSIBLE

documents, arguments and red-herring series of statements plainly intended to embarrass, and harass the undersigned, namely relating to an incident (outside of the practice of law) that occurred more than TWENTY- ONE years ago. (Even a felony conviction of a person is inadmissible as character evidence under FRE 609), and the mention of these scandalous, yet long-forgotten matters was plainly presented to the Court without any consideration of FRE 402, and without any substantial justification. Rather such contentions, (as well as other false and unsupportable contentions raised in the Opposition) were instead plainly submitted to this Court solely for improper and inflammatory purposes.

6.      As an additional example of Plaintiff's misstatements, within its Opposition to Motion to Set Aside, and without any reasonable factual basis, Plaintiff contended that it would be "severely prejudiced" if the Court were to set aside the default, (although the Response and Default were filed on the very same day)!  As purported grounds for its "severe prejudice" Plaintiff contends that because Mr. Flores allegedly took down a single social media post that contained a picture of the Michael Jordan card sold that he sold to Plaintiff, and which Plaintiff has contended (although failed to demonstrate) is "counterfeit" or otherwise illegal, constitutes an act of "spoliation" which somehow warrants an automatic default against Defendant and an unwarranted and unestablished windfall for Plaintiff as the result of the fact that Mr. Flores admitted sold this card to Plaintiff's counsel, Ethan Litney. In short, in this experienced counsel's humble opinion, like his young case, Plaintiff's young counsel approach is unsavory and misguided.

7.      Next, Defendants (and I) vehemently object to the entire contents of Plaintiff's Opposition Brief, (Dkt. 11) from page 2 line,17 through and including page 7, line 17, (P. 2, l. 17 – P. 7, l. 17). There can be no doubt that such fatuous commentary labeled as "factual history" has absolutely no relevance to the issue of why the Defendant's Response to the Amended Complaint filed herein on June 29, 2021 was not filed until August 10, 2021, the same date that the Clerk's Default was issued herein. Instead, Plaintiff's counsel has chosen to waste judicial resources with its relatively one-sided recount of correspondence between the respective counsel which has no bearing on the delay nor does it suggest any grounds

REPLY DECLARATION OF STEPHEN L. ANDERSON I/S/O MOTION TO VACATE DEFAULT

1

supporting default. Top the contrary, Plaintiff's statements only demonstrate that at all times, Defendant Flores and the undersigned counsel had every intention of challenging Plaintiff's unsupported claims and allegations contained in its insufficient First Amended Complaint.

8. Finally, I cannot understand why Plaintiff chose to include the irrelevant declaration of Lacey Gribbel (Dkt. 11-5) as part of its Opposition materials, (other than as a self-serving attempt to slander and discredit the undersigned counsel), however, I did not raise my voice at Plaintiff's counsel's secretary at any time, particularly on September 14, 2021, (several weeks after Defendant's Motion to Set Aside had been filed), and in my opinion, Ms. Gribble's hearsay characterization of the call was not only untrue, the only thing that her declaration actually establishes is (i) that Defendant seeks and continues to defend against Plaintiff's insufficient claims, assertions and misused subpoena power, and (ii) that Mr. Litney continues to avoid any discussion of the matters related to this case, particularly including that he has failed to make himself reasonably available to meet and confer on any issue, motion or disagreement, nor even try to support any legal grounds for his invalid, premature and totally improper and unauthorized subpoena emailed to the undersigned, despite my prior and repeated voice mails, e-mails and detailed written correspondence directed to Mr. Litney on this (and other subjects).

9. In sum, I regrettably advise this Court that despite my best efforts to reasonably communicate with Plaintiff's counsel, to date, I have never known a more unreasonably contentious, vexatious, uncivil and potentially unethical attorney at any time in my nearly 31 years of practice.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of October 2021.

                                              __/StephenLAnderson_____
                                                  Stephen L. Anderson
                                                  Attorney for Defendant

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

### COUNTY OF SAN DIEGO
### CERTIFICATE OF DEATH

3202137012235

1 of 2

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT — FIRST | SHELLY |
| 2. MIDDLE | ANN |
| 3. LAST | BALLOON |
| 5. AGE | 76 |
| 6. SEX | F |
| 7. DATE OF DEATH | 06/05/2021 |
| 8. HOUR | 1416 |
| 9. BIRTH STATE/FOREIGN COUNTRY | FL |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES | NO |
| 12. MARITAL STATUS | DIVORCED |
| RACE | WHITE |
| EDUCATION | SOME COLLEGE |
| KIND OF BUSINESS | EVENT PLANNING |
| 19. YEARS IN OCCUPATION | 30 |
| 17. USUAL OCCUPATION | ENTREPRENEUR |
| 20. RESIDENCE | 5740 MCMURRAY BLVD #B-244 |
| 22. COUNTY | SAN DIEGO |
| 23. ZIP CODE | 91942 |
| 24. YEARS IN COUNTY | 3 |
| 25. STATE | CA |
| CITY | LA MESA |
| INFORMANT | SUSAN B████, DAUGHTER |
| INFORMANT ADDRESS | 44██ STREET, LA MESA, CA 919██ |
| 31. BIRTH STATE (spouse) | UNKNOWN |
| NAME OF FATHER — FIRST | HARRY |
| FATHER LAST | G████ |
| FATHER BIRTH STATE | POLAND |
| NAME OF MOTHER — FIRST | KRESSEL |
| MOTHER LAST | BLIMA |
| 38. DISPOSITION DATE | 06/09/2021 |
| PLACE OF FINAL DISPOSITION | MOUNT SINAI MEMORIAL PARK, 5950 FOREST LAWN DRIVE, LOS ANGELES, CA 90068 |
| SIGNATURE OF EMBALMER | NOT EMBALMED |
| TYPE OF DISPOSITION | BU |
| NAME OF FUNERAL ESTABLISHMENT | MOUNT SINAI MORTUARY |
| LICENSE NUMBER | FD1010 |
| SIGNATURE OF LOCAL REGISTRAR | WILMA J WOOTEN, MD MPH |
| DATE | 06/08/2021 |
| 101. PLACE OF DEATH | LAKEVIEW SHARP HOSPICECARE |
| COUNTY | SAN DIEGO |
| FACILITY ADDRESS | 9472 LOREN DRIVE |
| CITY | LA MESA |
| 107. CAUSE OF DEATH — IMMEDIATE CAUSE (A) | END STAGE RENAL DISEASE STAGE V ETIOLOGY UNKNOWN — YRS |
| 112. OTHER SIGNIFICANT CONDITIONS | CHONDROCALCINOSIS, DIABETES TYPE II, HYPOGAMMAGLOBULINEMIA |
| 113. WAS OPERATION PERFORMED | NO |
| 115. SIGNATURE AND TITLE OF CERTIFIER | GREGORY WINTER, M.D. |
| 116. LICENSE NUMBER | A118810 |
| 117. DATE | 06/08/2021 |
| PHYSICIAN | GREGORY WINTER, M.D., 8881 FLETCHER PARKWAY SUITE 336, LA MESA, CA 91942 |
| DECEDENT ATTENDED SINCE | 05/24/2021 |
| DECEDENT LAST SEEN ALIVE | 06/05/2021 |

010001004983101

County of San Diego – Health & Human Services Agency – 3851 Rosecrans Street. This is to certify that, if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, this is a true copy of the ORIGINAL DOCUMENT FILED. This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

DATE ISSUED: 7/1/2021   WILMA J. WOOTEN, M.D., M.P.H.
REGISTRAR OF VITAL RECORDS
County of San Diego



A003893774

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE