# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF E-FILED DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: | 21-cv-1182-GPC-KSC |
| TITLE: | Upper Deck Company v. Flores, et al. |
| E-FILED DATE: 10/27/2021 | DOCUMENT NO.: 16 |
| DOCUMENT TITLE: | Objection |
| DOCUMENT FILED BY: | Defendant Miguel Flores |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

Civil Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") Discrepancy

OTHER:  No provision for this filing and failed to obtain leave of court

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is accepted despite the discrepancy noted above.  Any further non-compliant documents may be stricken from the record. |
| ☒ | The document is rejected.  It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Dated:  October 28, 2021

*/s/ Gonzalo Curiel*
Hon. Gonzalo P. Curiel
United States District Judge